**No. 56495.**—Mussman & Shafer, Inc. *v.* United States, protest 158617–K (Cleveland).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of pulpboard the same in all material respects as that the subject of *Mussman & Shafer, Inc.* v. *United States* (27 Cust. Ct. 28, C. D. 1343), the claim of the plaintiff was sustained.